EADY *v.* BLANTON *et al.*

SIMMONS, C. J.—Irrespective of other questions involved, the evidence being conflicting as to the alleged insolvency of the defendant, this court is unable to say there was an abuse of discretion by the trial judge in refusing to grant the injunction.

April 15, 1895. Brought forward from the last term.    *Judgment affirmed.*

Petition for injunction. Before Judge HUNT. Spalding county. December 22, 1894.

PATTERSON & KIMBROUGH, for plaintiff.
ROBERT T. DANIEL, for defendants.

---

THE WESTERN UNION TELEGRAPH COMPANY *v.* MURPHEY.

SIMMONS, C. J.—A telegram addressed to a named person in a designated city, "care of Teachers' Institute," the addressee being a non-resident of that city, did not, as required by the telegraph penalty act of December 20th, 1892, which must be strictly construed, specify any place within the limits of the city at which the message was to be delivered, it appearing that the "Teachers' Institute" was not a permanent body or institution, but simply a convention of teachers temporarily in session, and that for the time being it was holding its meetings alternately in two different buildings, one of which was the county court-house and the other a "colored school-house."        *Judgment reversed.*

April 29, 1895. Brought forward from the last term.

Action for penalty. Before Judge HUNT. Pike superior court. March term, 1894.

DORSEY, BREWSTER & HOWELL and MALVERN HILL, for plaintiff in error. S. N. WOODWARD, *contra.*